# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TAMMY ROYER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:16-cv-01409-SRU |
| v. | ) | |
| | ) | |
| SEPHORA USA, INC., | ) | |
| | ) | |
| Defendant. | ) | February 8, 2018 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by the parties to this action, by their respective undersigned counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Tammy Royer's claims against the Defendant Sephora USA, Inc. are dismissed with prejudice and that each party shall bear its own costs, disbursements, and attorneys' fees.

Dated: February 8, 2018

                                                   THE DEFENDANT,
                                                   SEPHORA USA, INC.

                                                   BY ITS ATTORNEYS
                                                   CUMMINGS & LOCKWOOD LLC

                                                   \s\ David T. Martin
                                                   David T. Martin (ct27581)
                                                   CUMMINGS & LOCKWOOD LLC
                                                   6 Landmark Square
                                                   Stamford, CT 06901
                                                   Phone: (203) 327-1700
                                                   Fax: (203) 351-4535
                                                   E-mail: dmartin@cl-law.com

Andrew R. Livingston
ORRICK, HERRINGTON & SUTCLIFFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5588
(Admitted *Pro Hac Vice*)

Mark R. Thompson
ORRICK, HERRINGTON & SUTCLIFFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5215
(Admitted *Pro Hac Vice*)


THE PLAINTIFF,
TAMMY ROYER

BY HER ATTORNEYS
SABATINI & ASSOCIATES, LLC

\s\ James Sabatini
James Sabatini (ct19899)
Vincent F. Sabatini (ct27581)
SABATINI AND ASSOCIATES, LLC
One Market Square
Newington, CT 06111
Phone: (860) 667-0839
Fax: (860) 667-0867
E-mail: jsabatini@sabatinilaw.com
         vsabatini@sabatinilaw.com

## **CERTIFICATION**

I hereby certify that on February 8, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

/s/ David T. Martin
David T. Martin (ct27581)

```
3420196_1.docx 2/8/2018
```